# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**KENDRICK E. DULDULAO,**

    **Plaintiff,**

v.                                                                                         Case No.  8:10-cv-2607-T-30AEP

**KENNEDY SPA, LLC et al,**

    **Defendants.**

_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*.  On June 26, 2012, the Court directed Defendant Kennedy Spa, LLC, to secure counsel within thirty days or be subject to default.  (Dkt. 50).  Local Rule 2.03(e) states that: "A corporation may appear and be heard only through counsel admitted to practice in the Court pursuant to Rule 2.01 or Rule 2.02."  On October 10, 2012, the Court entered an Order to Show Cause why Defendant Kennedy Spa, LLC, was still without benefit of counsel.  (Dkt. 53).  The Court's Order to Show Cause directed Defendant Kennedy Spa, LLC, to obtain counsel within twenty days of the date of the order and to have said counsel file a Notice of Appearance on its behalf.  The Court stated that "[f]ailure to timely do so shall result in a default judgment against Defendant Kennedy Spa, LLC."  Twenty days lapsed on October 30, 2012, and there has not been a Notice of Appearance filed on behalf of Defendant Kennedy Spa, LLC.

It is therefore ORDERED AND ADJUDGED that:

1. The Clerk is directed to enter a default judgment in favor of Plaintiff Duldulao and against Defendant Kennedy Spa, LLC.

**DONE** and **ORDERED** in Tampa, Florida on October 31, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-2607.default.frm